IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH TRAMMEL                                                                                      PLAINTIFF

v.                                          No. 4:21-cv-365-JM

C.R. BARD, INC. and BARD
PERIPHERAL VASCULAR, INC.                                                                   DEFENDANTS

## ORDER

On September 9, 2021, this Court granted Trammel's counsel's motion to withdraw. (Doc. 20). In the Order, the Court directed Trammel either to hire new counsel or to inform the Court within 20 days of his intent to represent himself. (*Id.*) When Trammel did neither, the Court issued another Order directing Trammel to respond to the Court within 20 days of his intent to continue with the lawsuit and to verify his address. (Doc. 21). The Court explained to Trammel his responsibilities to follow the rules and cautioned that failure to respond could result in dismissal under Local Rule 5.5(c)(2). Trammel has not responded to either of the Court's orders, and the time to do so has passed. Trammel's complaint is dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 5th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE