IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOSEPH TRAMMEL                                                                         PLAINTIFF

v.                                            No. 4:21-cv-365-JM

C.R. BARD, INC. and BARD
PERIPHERAL VASCULAR, INC.                                      DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 5th day of November, 2021.

                                                         _____
                                                         UNITED STATES DISTRICT JUDGE